**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7859**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HAYWOOD WILLIAMS, JR.,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Jr., Senior District Judge. (CR-80-14-N, CA-97-379-2)

———————

Submitted: August 31, 1998        Decided: October 14, 1998

———————

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Haywood Williams, Jr., Appellant Pro Se. Raymond Alvin Jackson, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Williams</u>, Nos. CR-80-14-N; CA-97-379-2 (E.D. Va. June 5, Oct. 8 & Nov. 13, 1997). We deny Williams' motions for appointment of counsel and for oral argument. Further, we deny Williams' motion to supplement the record as moot as this Court has already accepted the supplemental materials. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2